JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
William Johnson ;
2 Citizen of Another State; California
**County of Residence:** Outside This District

Additional Plaintiff(s):
Joshua Kirk ;
2 Citizen of Another State; Tennessee

**Defendant(s):**

First Listed Defendant:
Cornerstone National Insurance Company ;
4 Incorporated or Principal Place of Business in This State;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**

Norman Siegel (William Johnson)
Stueve Siegel Hanson LLP
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
**Phone:** 8167147100
**Fax:** 8167147101
**Email:** siegel@stuevesiegel.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

Case 2:22-cv-04135-BP     Document 1-1     Filed 09/14/22     Page 1 of 2

**Defendant:** 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** 28 USC 1332d

**Requested in Complaint**

   **Class Action:** Class Action

   **Monetary Demand (in Thousands):**

   **Jury Demand:** Yes

   **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Norman E. Siegel

**Date:** 9/14/22

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.