# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, and <br> JOSHUA KIRK, individually and on behalf <br> of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> CORNERSTONE NATIONAL <br> INSURANCE COMPANY <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 22-cv-04135-WJE <br><br><br> CLASS ACTION |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate the Honorable Judge Wayne R. Andersen (Ret.) as an outside mediator to conduct the MAP mediation in this case. The mediation will be held at a time and date to be determined via Zoom as scheduled by the parties, and will be completed on or before June 23, 2023.

Dated: April 27, 2023       Respectfully submitted,

/s/      Kate M. Baxter-Kauf
Kate M. Baxter-Kauf (MN #0392037)
Karen Hanson Riebel (MN #0219770)
Maureen Kane Berg (MN # 033344X)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

Rachele R. Byrd
Alex J. Tramontano
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 9211
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
tramontano@whafh.com
*Interim Co-Lead Class Counsel*

Gayle M. Blatt
P. Camille Guerra
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com

M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

Maureen M. Brady (MO#57800)
**MCSHANE & BRADY, LLC**
1656 Washington, Ste. 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
*Attorneys for Plaintiffs and the putative Class*

*/s/      Jonathan L. Schwartz*
Jonathan L. Schwartz (admitted pro hac vice)
**FREEMAN MATHIS & GARY, LLP**

33 N. Dearborn, Suite 1430 Chicago, IL 60602
Telephone: 773-389-6440
Jonathan.Schwartz@fmglaw.com

John G. Schultz (MO #34711)
Joan M. Sheridan (MO #66224)
**FRANKE SCHULTZ & MULLEN, P.C.**
8900 Ward Parkway
Kansas City, Missouri 64114
Telephone: (816) 421-7100
jschultz@fsmlawfirm.com
jsheridan@fsmlawfirm.com
*Attorneys for Defendant Cornerstone National Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on the 27th Day of April, 2023, service of the foregoing has been served upon all counsel of record via the Court's electronic filing system.

                                                         */s/     Kate M. Baxter-Kauf*