EIN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM JOHNSON, JOSHUA KIRK, and TONI REYNOLDS, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORNERSTONE NATIONAL INSURANCE COMPANY, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 2:22-cv-04135-WJE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR BRIEFING ON DEFENDANT GUIDEWIRE SOFTWARE, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Defendant Guidewire Software, Inc. ("Guidewire") and Plaintiffs William Johnson, Joshua Kirk, and Toni Reynolds ("Plaintiffs") jointly move the Court, pursuant to Local Rules 15 and 7.0(d)(1)(A), for an order granting leave to exceed the page limit for briefing on Guidewire's Motion to Dismiss ("Motion") as follows: Guidewire's Suggestions in Support of Motion to Dismiss Plaintiffs' Consolidated Complaint up to 20 pages in length; Plaintiffs' Opposition to Guidewire's Motion up to 20 pages in length, and Guidewire's Reply in Support of its Motion up to 15 pages in length. In support of this motion, the parties state:

Plaintiffs' Complaint alleges seven causes of action against Guidewire, and Guidewire seeks to dismiss all seven causes of action in its Motion. The issues briefed in the motions are therefore extensive and potentially dispositive of a significant portion of the litigation. Thus the parties request five additional pages for each of the briefs to be filed in connection with the Motion.

A redacted copy of the proposed Suggestions in Support of the Motion is attached as **Exhibit A**.

**WHEREFORE**, the parties jointly request leave to file Guidewire's Suggestions in Support of its Motion to Dismiss Plaintiff's Consolidated Complaint up to 20 pages in length; Plaintiff's Opposition to the Motion up to 20 pages in length; and Guidewire's Reply in Support of its Motion up to 15 pages in length, and for such other and further relief as this Court deems just and proper.

Respectfully submitted:
KUTAK ROCK, LLP

By: /s/ *Juliet A. Cox*
Juliet A. Cox, MO #42566
Anna M. Berman, MO #61637
2300 Main Street, Suite 800
Kansas City, Missouri 64108
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Juliet.Cox@kutakrock.com
Anna.Berman@kutakrock.com

and

*/s/ Michelle Visser*
Michelle Visser, (PHV forthcoming)
mvisser@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759
*Counsel for Defendant Guidewire Software, Inc.*

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
khriebel@locklaw.com
Mauren Kane Berg (MN # 033344X)
mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900; Fax: (612) 339-0981

Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
1656 Washington, Ste. 120
Kansas City, MO 64108
Tel.: (816) 888-8010; Fax: (816) 332-6295

Rachele R. Byrd (*pro hac vice*)
byrd@whafh.com
Alex Tramontano (*pro hac vice*)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 9211
Tel.: (619) 239-4599; Fax: (619) 234-4599

*Interim Co-Lead Class Counsel*

Gayle M. Blatt
gmb@cglaw.com
P. Camille Guerra
camille@cglaw.com
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street

San Diego, CA 92101
Tel.: (619) 238-1811; Fax: (619) 544-9232

M. Anderson Berry (*pro hac vice*)
aberry@justice4you.com
Gregory Haroutunian (*pro hac vice*)
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: (916) 239-4778; Fax: (916) 924-1829

*Attorneys for Plaintiffs and the putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of January, 2024, the foregoing document was electronically filed via the Court's CM/ECF system which will generate notification of the filing to all counsel of record.

> */s/ Juliet A. Cox*_____
> Juliet A. Cox
> Counsel for Defendant Guidewire Software, Inc.