IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORNERSTONE NATIONAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Civil Action No. 22-cv-04135-BP |

**PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT REED-WILLIAMS INSURANCE AGENCY, INC.**

Plaintiffs, by and through counsel, hereby dismiss without prejudice all claims against Defendant Reed-Williams Insurance Agency, Inc. ("Reed-Williams") only, with each party to bear its own costs. Plaintiffs' claims against other Defendants not previously dismissed shall remain pending.

Dated: May 14, 2024

Respectfully submitted,

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
khriebel@locklaw.com
Maureen Kane Berg (MN # 033344X)
mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900

Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
1656 Washington, Ste. 120
Kansas City, MO 64108
Tel.: (816) 888-8010

1

Fax: (816) 332-6295

Rachele R. Byrd (*pro hac vice*)
byrd@whafh.com
Alex Tramontano (*pro hac vice*)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 9211
Tel.: (619) 239-4599
Fax: (619) 234-4599

*Interim Co-Lead Class Counsel*

Gayle M. Blatt
gmb@cglaw.com
P. Camille Guerra
camille@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD,**
**LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232
M. Anderson Berry (*pro hac vice*)
aberry@justice4you.com

Gregory Haroutunian (*pro hac vice*)
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: (916) 239-4778; Fax: (916) 924-1829

*Attorneys for Plaintiffs and the putative Class*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Dated: May 14, 2024

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
khriebel@locklaw.com
Maureen Kane Berg (MN # 033344X)
mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900

Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
1656 Washington, Ste. 120
Kansas City, MO 64108
Tel.: (816) 888-8010
Fax: (816) 332-6295

Rachele R. Byrd (*pro hac vice*)
byrd@whafh.com
Alex Tramontano (*pro hac vice*)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 9211
Tel.: (619) 239-4599
Fax: (619) 234-4599

*Interim Co-Lead Class Counsel*

Gayle M. Blatt
gmb@cglaw.com
P. Camille Guerra
camille@cglaw.com

3

Case 2:22-cv-04135-BP   Document 122   Filed 05/14/24   Page 3 of 4

**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD,**
**LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232
M. Anderson Berry (*pro hac vice*)
aberry@justice4you.com

Gregory Haroutunian (*pro hac vice*)
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: (916) 239-4778; Fax: (916) 924-1829

*Attorneys for Plaintiffs and the putative Class*