IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM JOHNSON, JOSHUA KIRK, and TONI REYNOLDS, Individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 2:22-cv-04135-WJE<br>)<br>) |
| v. | )<br>) |
| CORNERSTONE NATIONAL INSURANCE COMPANY, *et al.,* | )<br>)<br>) |
| Defendants. | ) |

## JOINT STATUS REPORT AND MOTION FOR LEAVE TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs William Johnson, Joshua Kirk, and Toni Reynolds ("Plaintiffs") and Defendant Cornerstone National Insurance Company ("Cornerstone" and, together, the "Parties") jointly move the Court, pursuant to Local Rules 7.0(c), 26.01(b) and 40.1, for an order granting their request to extend the deadline to request preliminary approval of a class action settlement with Cornerstone from November 5, 2024, until January 5, 2025. No named party opposes the motion. In support of this motion, the Parties state as follows:

1. The Court recited the procedural history of this litigation in its October 28, 2024 Order Directing Parties to File Joint Status Report (ECF No. 143).

2. The currently operative Amended Complaint was filed on October 12, 2023 (ECF No. 42), which added multiple defendants. All of those Defendants, including Accredited Resource Insurance Agency, LLC (ECF No. 118); James Insurance Agency, Inc.; Reed-Williams Insurance Agency, Inc. (ECF No. 122); and Guidewire Software, Inc.

1

("Guidewire"), have now been voluntarily dismissed from the action. The voluntary dismissal for Guidewire was filed with Guidewire's consent on October 29, 2024 (ECF No. 144), consistent with this Court's Order of October 28, 2024 (ECF No. 143 at 3).

3. Plaintiffs entered into a Term Sheet with Cornerstone to resolve the litigation on a classwide basis that the parties executed on October 9, 2023. After an additional mediation with Hon. Jay Daugherty (Ret.) on April 23, 2024 (*see* ECF No. 88), and continuing negotiations thereafter, Plaintiffs and Cornerstone entered into an Amended Term Sheet that the parties executed on October 17, 2024. The Amended Term Sheet contemplates a classwide settlement that, if approved, would resolve all remaining claims in the lawsuit. As a result, Plaintiffs do not intend to dismiss the named Plaintiffs' individual claims against Cornerstone.

4. The Parties are currently negotiating and drafting a Settlement Agreement that memorializes and expands upon the Parties' settlement in principle reflected in the Amended Term Sheet. The Parties fully anticipate they will be able to negotiate the details of and execute a Settlement Agreement, but given the amount of time that it took for the Parties to finalize the Amended Term Sheet, the Parties do not believe it will be possible to complete the Settlement Agreement and its exhibits, including the notices to the class and proposed preliminary approval and final approval orders, and file a motion for preliminary approval by November 5, 2024. The Parties intend to work diligently to complete these outstanding tasks.

5. The Parties are very cognizant of the Court's concerns about the length of time it has taken them to negotiate the terms of a settlement in principle and are prepared to complete the Settlement Agreement and seek preliminary approval as quickly as

possible. Plaintiffs are also prepared to file a Motion to Enforce the Settlement should a settlement agreement not be completed by January 5, 2025.

6. Therefore, the Parties believe that it would be most appropriate to vacate the Pretrial Conference set for November 19, 2024 and the trial set for December 2, 2024 (ECF No. 32), as the case is resolved. If the Court prefers, the Parties would be happy to participate in a Telephonic Status Conference to apprise the Court of the progress of the settlement finalization on November 19, 2024 or on another day convenient for the Court, or provide a joint status report on December 5, 2024, apprising the Court of the progress of finalizing the Settlement Agreement.

**WHEREFORE**, the Parties jointly request the Court issue an order vacating the Pretrial Conference set for November 19, 2024 and the trial set for December 2, 2024 (ECF No. 32), vacating the Order of October 28, 2024 requiring that the Parties request approval of a class action settlement by November 5, 2024 (ECF No. 144), and setting a deadline of January 5, 2025 by which Plaintiffs must file either a motion for preliminary approval of the class action settlement or a motion to enforce the settlement. This request constitutes the remainder of an Amended Scheduling Order for the case.

DATED: November 3, 2024  Respectfully submitted,

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
khriebel@locklaw.com
Maureen Kane Berg (MN # 033344X)
mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

3

Rachele R. Byrd (*pro hac vice*)
byrd@whafh.com
Alex Tramontano (*pro hac vice*)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 9211
Tel.: (619) 239-4599
Fax: (619) 234-4599

*Interim Co-Lead Class Counsel*

Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
1656 Washington, Ste. 120
Kansas City, MO 64108
Tel.: (816) 888-8010
Fax: (816) 332-6295

Gayle M. Blatt (*pro hac vice*)
gmb@cglaw.com
P. Camille Guerra (*pro hac vice*)
camille@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232

M. Anderson Berry (*pro hac vice*)
aberry@justice4you.com
Gregory Haroutunian (*pro hac vice*)
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: (916) 239-4778; Fax: (916) 924-1829

*Attorneys for Plaintiffs and the putative Class*

*/s/   Jonathan L. Schwartz*
Jonathan L. Schwartz (admitted pro hac vice)

4

**FREEMAN MATHIS & GARY, LLP**
33 N. Dearborn, Suite 1430 Chicago, IL 60602
Telephone: 773-389-6440
Jonathan.Schwartz@fmglaw.com

John G. Schultz (MO #34711)
**FRANKE SCHULTZ & MULLEN, P.C.**
8900 Ward Parkway
Kansas City, Missouri 64114
Telephone: (816) 421-7100
jschultz@fsmlawfirm.com
*Attorneys for Defendant Cornerstone National Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of November 2024, the foregoing document was electronically filed via the Court's CM/ECF system which will generate notification of the filing to all counsel of record.

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
Interim Co-Lead Counsel for Plaintiffs and the Class