# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, JOSHUA KIRK, and TONI REYNOLDS, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) ) | Case No.: 22-cv-04135-WJE |
| CORNERSTONE NATIONAL INSURANCE COMPANY | ) ) ) ) | CLASS ACTION |
| Defendant. | ) | |

## NOTICE OF AMENDED DECLARATION OF CHRISTOPHER LEUNG OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. REGARDING NOTICE AND ADMINISTRATION

TO: THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF

MISSOURI CENTRAL DIVISION

    Please take notice that pursuant to 28 U.S.C. § 1746, Plaintiffs, filed an Amended Declaration of Christopher Leung of Settlement Administrator Simpluris, Inc. Regarding Notice and Administration, previously filed as **Exhibit 1** to the Motion for Final Approval [Doc. #163-1] in the above-entitled action, a copy of which is attached hereto as **Exhibit 1-A**, in the office of the Clerk of the United States District Court for the Western District of Missouri, on September 2, 2025.

| | |
|---|---|
| Dated: September 11, 2025 | Respectfully submitted, |
| | */s/ Maureen M. Brady* |

Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
Tel.: (816) 888-8010
Fax: (816) 332-6295

*Attorneys for Plaintiffs and the Putative Class*

Gayle M. Blatt (pro hac vice)
gmb@cglaw.com
P. Camille Guerra (pro hac vice)
camille@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT, LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiffs and the Putative Class*

M. Anderson Berry (*pro hac vice*)
aberry@justice4you.com
Gregory Haroutunian (*pro hac vice*)
gharoutunian@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: (916) 239-4778
Fax: (916) 924-1829

*Attorneys for Plaintiffs and the Putative Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Maureen M. Brady*
Maureen M. Brady (MO # 57800)
mbrady@mcshanebradylaw.com
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
Tel.: (816) 888-8010
Fax: (816) 332-6295

*Interim Co-Lead Class Counsel*